In the Matter of STEPHEN ROSENBLUM, Respondent, v NEW YORK CITY CONFLICTS OF INTEREST BOARD et al., Appellants.

Submitted October 17, 2011; decided October 20, 2011

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 19 copies filed within seven days.

In the Matter of STATE OF NEW YORK, Respondent, v SHANNON S., Appellant.

Submitted August 1, 2011; decided October 20, 2011

Motion for leave to appeal granted. Motion for poor person relief granted.

In the Matter of the Claim of WILLIAM B. TAYLOR, Appellant, v ROCHESTER CITY SCHOOL DISTRICT et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 1, 2011; decided October 20, 2011

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.